UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-26631 |
| CONYER, ADRIENNE B. | Chapter: 7 |
| | Judge: KCF |

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on October 1, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at: 47 SUNFLOWER CIR, BURLINGTON, NJ
The debtor(s) purchased the property in 2003 for $341,000. The property is valued at $439,533 based on Zillow.

Liens on property:

SELECT PORTFOLIO SERVICING INC. - $448,076
SELECT PORTFOLIO SERVICING INC. - $107,058

Amount of equity claimed as exempt:

NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Adrienne B. Conyer  
    Debtor

Case No. 18-26631-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 30, 2019  
                    Form ID: pdf905     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.

```
db             Adrienne B. Conyer,    47 Sunflower Cir,    Burlington, NJ  08016-2388
517709908      Caine & Weine,    12005 Ford Rd,    Dallas, TX  75234-7230
517709909     +Chase Card Sevices,    Po Box 15298,    Wilmington, DE  19850-5298
517709912     +Lourdes Medical Center Of Burlington Cty,    Po Box 822112,    Philadelphia, PA  19182-2112
517709913      Metro Public Adjustment,    c/o J Scott Watson PC,    24 Regency Plz,
                 Glen Mills, PA  19342-1001
517709915      Physician Billing-PB Chop,    PO Box 788017,    Philadelphia, PA  19178-8017
517709918      Simply Beautiful Smiles Of Medford,    334 Stokes Rd,    Medford, NJ  08055-8477
517709920      Synchrony Bank,    c/o Selip & Stylianou,    10 Forest Ave Ste 300,    Paramus, NJ  07652-5238
517709921      The Loan Servicing Center,    PO Box 551170,    Jacksonville, FL  32255-1170
517709924      Virtua Healt,    PO Box 71451,    Philadelphia, PA  19176-1451
517709914      nj ez pass violations processing center,    PO Box 4971,    Trenton, NJ  08650-4971
517709922      van Ru,    PO Box 301122,    Chicago, IL  60630-1152
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 23:43:47     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 23:43:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517709910      E-mail/Text: mrdiscen@discover.com Aug 30 2019 23:42:43     Discover Bank,   Po Box 15316,
                 Wilmington, DE  19850-0000
517709911      E-mail/Text: cio.bncmail@irs.gov Aug 30 2019 23:43:11     Internal Revenue Service,
                 Po Box 7346,    Philadelphia, PA  19101-7346
517709916      E-mail/Text: bkrpt@retrievalmasters.com Aug 30 2019 23:43:42     RMCB,   PO Box 1235,
                 Elmsford, NY  10523-0935
517709917     +E-mail/Text: jennifer.chacon@spservicing.com Aug 30 2019 23:44:40
                 Select Portfolio Servicing Inc,    Po Box 65450,    Salt Lake City, UT 84165-0450
517709919     +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:37:05     Syncb/Hh Gregg,   Po Box 965036,
                 Orlando, FL 32896-5036
517714779     +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2019 23:36:57     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517709923      E-mail/Text: andy@sklarlaw.com Aug 30 2019 23:44:44     Veronica Properties LLC,
                 c/o Andrew Sklar, Esq.,    1200 Laurel Oak Rd Ste 102,    Voorhees, NJ  08043-4317
                                                                                              TOTAL: 9
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:

```
              Rebecca Ann Solarz    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates,
               Series 2006-5 rsolarz@kmllawgroup.com
              Stephanie Shreter    on behalf of Debtor Adrienne B. Conyer shreterecf@comcast.net,
                shreterlaw@gmail.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```