Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18–26631–KCF
        Chapter: 7
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adrienne B. Conyer
   aka Adrienne T. Conyer, aka Adrienne Theresa Conyer
   47 Sunflower Cir
   Burlington, NJ 08016–2388

Social Security No.:
   xxx–xx–7381

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 30, 2019</u>        <u>Kathryn C. Ferguson</u>
                                       Judge, United States Bankruptcy Court